THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE YOUNG
MEN'S ASSOCIATION FOR MUTUAL IMPROVEMENT IN THE CITY
OF ALBANY, Appellant, *v.* WILLIAM SAYLES, WILLIAM J.
WEAVER and JAMES MCINTYRE, Assessors of the City of
Albany, Respondents.

*People ex rel. Young Men's Assn.* v. *Sayles,* 32 App. Div. 197, affirmed.
(Argued October 4, 1898; decided October 25, 1898.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered July
12, 1898, reversing an order of Special Term directing that
the assessment of the property belonging to appellant be
stricken from the assessment roll of the city of Albany.

*William P. Rudd* for appellant.

*John A. Delehanty* for respondents.

Order affirmed, with costs. on opinion below.
All concur.

———

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW
YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY,
Appellant, *v.* JAMES A. ROBERTS, Comptroller of the State
of New York, Respondent.

*People ex rel. N. Y. C. & H. R. R. R. Co.* v. *Roberts,* 32 App. Div. 113,
affirmed.
(Argued October 4, 1898; decided October 25, 1898.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered July
18, 1898, affirming on certiorari a determination of the state
comptroller imposing a tax upon the gross earnings of the
appellant for the year ending June 30, 1896, and declining to
revise and readjust the tax.

*David Willcox* and *Willard Brown* for appellant.

*T. E. Hancock* for respondent.

Order affirmed, with costs, on opinion below.
All concur.